James CLAYWORTH, R.Ph, dba Clayworth Healthcare Pharmacy; Wayne Roberts; Madeleine Madden, Plaintiffs—Appellees,

v.

Diana M. BONTA, Director of the Department of Health Services, state of California, Defendant—Appellant,

and

Department of Health Services, a department of the state of California, Defendant.

California Medical Association; American Academy of Pediatrics–California District; American College of Obstetricians and Gynecologists–District IX; California Chapter American College of Emergency Physicians; California Dental Association; Long Term Care Pharmacy Alliance; California Foundation for Independent Living Centers; California Pharmacists Association; Aids Healthcare Foundation; Professional Pharmacy Alliance of California; Brain Injury Policy Institute; Long Term Care Management Council; Osteopathic Physicians and Surgeons of California, Plaintiffs—Appellees,

v.

**Diana M. Bonta, Director of the Department of Health Services, State of California, Defendant—Appellant.**

Nos. 04–15498, 04–15532.

United States Court of Appeals,
Ninth Circuit.

Argued & Submitted Dec. 8, 2004.*

Decided Aug. 2, 2005.

Lynn S. Carman, Esq., San Rafael, CA, Byron J. Gross, Esq., Craig J. Cannizzo, Esq., Hooper, Lundy & Bookman, Inc., San Francisco, CA, for Plaintiffs–Appellees.

Irene K. Tamura, Esq., Julie Weng–Gutierrez, Esq., Office of the California Attorney General Department of Justice, Sacramento, CA, for Defendant–Appellant.

Before O'SCANNLAIN, COWEN,** and BEA, Circuit Judges.

MEMORANDUM ***

James Clayworth, dba Clayworth Healthcare Pharmacy, and two Medicaid recipients, brought suit against Diana Bonta, in her official capacity as Director of the California Department of Health Services, and the California Department of Health Services.[1] Separately, a consortium of 14 Medi–Cal service providers and the Disabled Rights Union, a non-profit association of disabled persons, also brought suit against Bonta. From adverse judgments in district court, Bonta brought these appeals, which we have consolidated.

The legal issue here has been resolved by *Sanchez v. Johnson*, 416 F.3d 1051 (9th Cir.2005), filed this date, in which we held

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** The Honorable Robert E. Cowen, Senior United States Circuit Judge for the Third Circuit, sitting by designation.

1. The case against the California Department of Health Services was eventually dismissed on the basis of Eleventh Amendment immunity and no cross-appeal has been filed.

that neither Medicaid recipients nor providers have a private right to challenge California's compliance with Medicaid provision § 30(A) under 42 U.S.C. § 1983.

The judgment of the district court is

REVERSED.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.